FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURA LIZANN GILLET,<br><br>Plaintiff,<br><br>v.<br><br>WSP; SHERIFF'S (SPOKANE) DEPT.; SPOKANE VALLEY POLICE; MARCUS (TROOPER); NORTHWEST MOTORSPORTS; DIVINE'S TOWING; JUDGE HAYES; (DISTRICT COURT); and SCRAPS (VET ATTENDING),<br><br>Defendants. | No.  2:20-cv-00099-SMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodgers's April 23, 2020 Report and Recommendation, ECF No. 4, recommending that Plaintiff's Complaint be dismissed for failure to pay the full filing fee or submit a properly completed application to proceed *in forma pauperis* within thirty days. No objections have been filed.

Having reviewed the Report and Recommendation and the relevant authorities, the Court finds Magistrate Judge Rodgers's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Report and Recommendation, **ECF No. 4**, is **ADOPTED** in its entirety.

**2.** This case is **DISMISSED** without prejudice for failure to pay to the filing fee.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Magistrate Judge Rodgers.

**DATED** this 7th day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION – 2